# UNITED STATES BANKRUPTCY COURT

NORTHERN   **DISTRICT OF** ILLINOIS

### EASTERN DIVISION

In re:   JOANNE GIANNOPOULOS

§
§
§
§

Case No.   14-40270
Hon. EUGENE R. WEDOFF
Chapter 7

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that
ALLAN J. DeMARS , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are
summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:

219 S. Dearborn  Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within     21 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the United
States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held
at 10:00am   on 07/07/2015   in Courtroom 744   , Dirksen Federal Building   Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/10/2015     By:  Clerk U. S. Bankruptcy Court

(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN   DISTRICT OF  ILLINOIS
### EASTERN DIVISION

In re:   JOANNE GIANNOPOULOS

§
§
§
§

Case No.   14-40270
Hon. EUGENE R. WEDOFF
Chapter 7

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $8,768.01 |
| *and approved disbursements of* | $3,705.72 |
| *leaving a balance on hand of* [1] | $5,062.29 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $5,062.29 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees*  ALLAN J. DeMARS | $1,261.90 | $0.00 | $1,261.90 |
| *Trustee, Expenses*  ALLAN J. DeMARS | $6.16 | $0.00 | $6.16 |
| *Attorney for Trustee, Fees* | | | |
| *Attorney for Trustee, Expenses* | | | |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| Charges, | _U.S. Bankruptcy Court_ | |
|---|---|---|
| Fees, | _United States Trustee_ | |
| | Other | |

Total to be paid for chapter 7 administrative expenses: $1,268.06

Remaining balance: $3,794.23

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| _Attorney for Debtor, Fees_ | | | |
| _Attorney for Debtor, Expenses_ | | | |
| _Attorney for_          _, Fees_ | | | |
| _Attorney for_          _, Expenses_ | | | |
| _Accountant for_          _, Fees_ | | | |
| _Accountant for_          _, Expenses_ | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses: $0.00

Remaining balance: $3,794.23

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  | Total to be paid for priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,794.23 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $25,020.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __15.2__ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $5,197.53 | $0.00 | $788.19 |
| 2 | Portfolio Recovery Assoc. successor to FIA Card Services | $19,822.63 | $0.00 | $3,006.04 |

|  | Total to be paid for timely general unsecured claims: | $3,794.23 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be ____0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  | Total to be paid for tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be _____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
_____
Trustee

*Trustee's Name:*
ALLAN J. DeMARS
_____
*Trustee's Address:*
19 S. LaSalle Street - Suite 902
Chicago, IL 60603
_____

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Joanne Giannopoulos                                              Case No. 14-40270-ERW
       Debtor                                                    Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps          Page 1 of 1          Date Rcvd: Jun 08, 2015
                             Form ID: pdf006       Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2015.
db            +Joanne Giannopoulos,   5445 N. California, Unit 2 E,   Chicago, IL 60625-3200
22604807      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,   Po Box 982235,   El Paso, TX 79998)
22604808      +Blatt, Hasenmiler, Leibsker & Moor,   125 S. Wacker Drive,   Ste. 400,
               Chicago, IL 60606-4440
22604809      +Blmdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
22604811      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
22604812      +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
22604813      +Comenity Bank/Express,   4590 E Broad St,   Columbus, OH 43213-1301
22604814      +Comenity Bank/Roomplce,   Po Box 182789,   Columbus, OH 43218-2789
22604816      +GC Services,   5430 Fredericksburg,   Ste. 600,   San Antonio, TX 78229-3584
22604819      +MRS Associates of New Jersey,   1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
22604818      +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
22604820      +Northland Group,   POB 390905,   Minneapolis, MN 55439-0905
22604822      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,   POB 12903,
               Norfolk, VA 23541)
22604821      +Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
22604823      +Rnb-Fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
22604824      +Sears/Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
22604825      +Us Bank Home Mortgage,   4801 Frederica St,   Owensboro, KY 42301-7441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22604810      +E-mail/Text: cms-bk@cms-collect.com Jun 09 2015 01:18:46   Capital Management Services,
               698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
22766336       E-mail/PDF: mrdiscen@discover.com Jun 09 2015 01:23:03   Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
22604815      +E-mail/PDF: mrdiscen@discover.com Jun 09 2015 01:23:03   Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
22604817      +E-mail/Text: ebnsterling@weltman.com Jun 09 2015 01:18:47   Kay Jewelers,   375 Ghent Rd,
               Fairlawn, OH 44333-4600
22604826      +E-mail/Text: BKRMailOps@weltman.com Jun 09 2015 01:19:16   Weltman Weinberg and Reis,
               180 N. LaSalle Street, #2400,   Chicago, IL 60601-2704
                                                                                    TOTAL: 5


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23080524*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,
               Successor to FIA CARD SERVICES, N.A. (BA,   POB 41067,   Norfolk, VA 23541)
                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2015                        Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2015 at the address(es) listed below:
            Allan J DeMars    alland1023@aol.com
            Constantine Dean Matsas    on behalf of Debtor Joanne  Giannopoulos cdmatsas@matsaslaw.com
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                          TOTAL: 3