# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JOANNE GIANNOPOULOS § Case No. 14-40270
§ Hon. EUGENE R. WEDOFF
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $333,130.00 | Assets Exempt: | $36,600.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,794.23 | Claims Discharged Without Payment: | $345,909.93 |
| Total Expenses of Administration: | $1,324.78 | | |

3) Total gross receipts of $8,768.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $3,649.00 (see **Exhibit 2**), yielded net receipts of $5,119.01 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $317,267.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,324.78 | $1,324.78 | $1,324.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $32,436.00 | $25,020.16 | $25,020.16 | $3,794.23 |
| **TOTAL DISBURSEMENTS** | $349,703.00 | $26,344.94 | $26,344.94 | $5,119.01 |

4) This case was originally filed under chapter  7  on 11/05/2014 .
The case was pending for    10   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/18/2015                             By: /s/ ALLAN J. DeMARS
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| proceeds from sale of 100 shares Starbucks | 1129-000 | $8,768.01 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $8,768.01 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Joanne Giannopoulos | exemption | 8100-002 | $3,649.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $3,649.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 scheduled with no claim filed | 4110-000 | $317,267.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $317,267.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo | 2600-000 | N/A | $45.72 | $45.72 | $45.72 |
| Arthur B. Levine Co. | 2300-000 | N/A | $11.00 | $11.00 | $11.00 |
| Allan J. DeMars | 2100-000 | N/A | $1,261.90 | $1,261.90 | $1,261.90 |
| Allan J. DeMars | 2200-000 | N/A | $6.16 | $6.16 | $6.16 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $1,324.78 | $1,324.78 | $1,324.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $5,197.00 | $5,197.53 | $5,197.53 | $788.19 |
| 2 | Portfolio Recovery Assoc successor to FIA Card Services | 7100-900 | $19,822.00 | $19,822.63 | $19,822.63 | $3,006.04 |
| | 5 SCHEDULED WITH NO CLAIM | 7100-900 | $7,417.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $32,436.00 | $25,020.16 | $25,020.16 | $3,794.23 |

EXHIBIT A@ FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 14-40270                                   Trustee Name: Allan J. DeMars

Case Name: JOANNE GIANNOPOULOS             Date Filed (f) or Converted (c): 11/5/14(F)

For Period Ending: 3/31/16                     §341(a) Meeting Date: 12/18/14

                                                Claims Bar Date: 3/23/15; GOVT 5/4/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | residence at 5445 N. California, 2E, Chicago | 122,000.00 | 0.00 | | | FA |
| 2 | 1/4 int in real estate 4737 N Oriole, Norridge | 239,000.00 | 0.00 | | | FA |
| 3 | cash | 50.00 | 0.00 | | | FA |
| 4 | checking acct Chase | 30.00 | 0.00 | | | FA |
| 5 | savings acct Chase | 1.00 | 0.00 | | | FA |
| 6 | household goods | 300.00 | 0.00 | | | FA |
| 7 | wearing apparel | 200.00 | 0.00 | | | FA |
| 8 | NY Life | 0.00 | 0.00 | | | FA |
| 9 | 1/2 interest in 200 shares of Starbucks | 7,800.00 | 5,119.01 | | 8,768.01 | FA |
| 10 | 2006 Nissan Altima | 2,100.00 | 0.00 | | | FA |
| 11 | 1/2 interest 2004 Mercury Marauder | 4,800.00 | 0.00 | | | FA |
| TOTALS (Excluding unknown values) | | | 5,119.01 | | 8,768.01 | |

(Total Dollar Amount in Column 6)

Major activities affecting case closing: receipt of net proceeds from sale of 100 shares of Starbucks; $3,649.00 to be remitted to debtor as payment of exemption.

Initial Projected Date of Final Report (TFR): May, 2015        Current Projected Date of Final Report (TFR): 5/7/15

**EXHIBIT "A" - FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 14-40270  
Case Name: JOANNE GIANNOPOULOS  
Taxpayer ID#: xx-xxx6081  
For Period Ending: 3/31/16  

Trustee's Name: Allan J. DeMars  
Bank Name: Wells Fargo  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: xxxxxx4316  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 2/10/15 | REF 9 | from debtor | net proceeds from sale of 100 shares of Starbucks | 1129-000 | 8,768.01 | | 8,768.01 |
| 2/10/15 | | Wells Fargo | check printing charge | 2600-000 | | 40.72 | 8,727.29 |
| 2/17/15 | Check 1001 | Joanne Giannopoulos | exemption | 8100-002 | | 3,649.00 | 5,078.29 |
| 2/17/15 | Check 1002 | Arthur B. Levine Co | bond premium | 2300-000 | | 11.00 | 5,067.29 |
| 2/28/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 5,062.29 |
| 6/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 5,057.29 |
| 7/6/15 | | Wells Fargo | bank service fee reversal | 2600-000 | | (5.00) | 5,062.29 |
| 7/7/15 | Check 1003 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,261.90 | 3,800.39 |
| 7/7/15 | Check 1004 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 6.16 | 3,794.23 |
| 7/7/15 | Check 1005 | Discover Bank | 726(a)(2); 15.16469% | 7100-900 | | 788.19 | 3,006.04 |
| 7/7/15 | Check 1006 | Portfolio Recovery Assoc, successor to FIA Card Services | 726(a)(2); 15.16469% | 7100-900 | | 3,006.04 | 0.00 |
| 7/31/15 | | Wells Fargo | bank service fees | 2600-000 | | 7.00 | (7.00) |
| 8/12/15 | | Wells Fargo | reversal of fees | 2600-000 | | (7.00) | 0.00 |

COLUMN TOTALS   8,768.01   8,768.01   0.00

```
                      Less: Payments to debtor(s)      3,649.00       3,649.00
                      Net                              5,119.01       5,119.01          0.00


                                                                         NET
TOTAL - ALL ACCOUNTS                           NET   DEPOSITS       DISBURSEMENTS      BALANCES
Net                                              5,119.01             5,119.01           0.00
                                             Excludes account      Excludes payments   Total Funds
                                                transfers             to debtor          on Hand
```